UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

***Electronically Filed***

| | | |
|---|---|---|
| GWENEVER BOYD, Mother and Next Friend of B.B., a Minor<br><br>PLAINTIFF<br><br>v.<br><br>JEFFERSON COUNTY PUBLIC SCHOOLS a/k/a JEFFERSON COUNTY BOARD OF EDUCATION, ET AL.<br><br>DEFENDANTS | ) | CIVIL ACTION NO. 3:16-CV-00023-CRS |

**REPORT OF PLANNING MEETING AND**
**<u>JOINT PROPOSED SCHEDULING ORDER</u>**

Pursuant to the Court's January 14, 2016 Order, Plaintiff Gwenever Boyd, mother and next friend of B.B., a minor, and Defendants Jefferson County Board of Education, Jeff Jennings, Jason Stinson, Louisville-Jefferson County Metro Government, and Sean Jones, by their respective counsel, hereby submit this Report of Planning Meeting and Joint Proposed Scheduling Order:

## I. <u>PLANNING MEETING PARTICIPANTS</u>

The following persons participated in a Rule 26(f) planning meeting on or about Wednesday, February 3, 2016:

(a) Aubrey Williams, counsel for Plaintiff Gwenever Boyd, mother and next friend of B.B., a minor;

(b) C. Tyson Gorman, counsel for Defendants Jefferson County Board of Education, Jeff Jennings, and Jason Stinson; and

(c) Peter F. Ervin, counsel for Defendants Louisville-Jefferson County Metro Government and Sean Jones.

## II. INITIAL DISCLOSURES

The parties will serve their Rule 26(a)(1) initial disclosures **no later than Friday, March 18, 2016**.

## III. DISCOVERY PLAN

The parties propose the following discovery plan and respectfully request that it be adopted in the Court's scheduling order:

### 1. Subjects of Discovery

The parties will take discovery on all claims and causes of action asserted by Plaintiff and all defenses asserted by Defendants subject to the scope and limits of discovery established by Rule 26.

### 2. Deadline for Completion of Discovery

The parties will complete all pretrial discovery **no later than Tuesday, November 15, 2016**.

### 3. Maximum Number of Interrogatories

Each party may serve a maximum of thirty (30) interrogatories, including all discrete subparts, on another party. Responses will be due within thirty (30) days after service. Interrogatories previously served are subject to this limitation.

### 4. Maximum Number of Requests for Production of Documents

Each party may serve a maximum of thirty (30) requests for production of documents on another party. Responses will be due within thirty (30) days after service. Requests for production of documents previously served are subject to this limitation.

**5. Maximum Number of Requests for Admission**

Each party may serve a maximum of thirty (30) requests for admission on another party. Responses will be due within thirty (30) days after service. Requests for admission previously served are subject to this limitation.

**6. Maximum Number of Depositions**

Each party may take a maximum of seven (7) depositions. The parties agree that, if necessary, additional depositions may be taken upon consent. Consent will not be unreasonably withheld.

**7. Maximum Duration of Depositions**

The maximum duration of a deposition conducted by any party will be governed by Rule 30(d)(1).

**8. Deadlines for Exchanging Expert Witness Reports**

Pursuant to Rule 26(a)(2), Plaintiff will disclose the report of any witness retained or employed to provide expert testimony **no later than Monday, August 15, 2016.** Defendants will disclose the report of any witness retained or employed to provide expert testimony **no later than Thursday, September 22, 2016.**

**9. Supplementation of Discovery Responses**

Each party has a continuing duty to supplement discovery responses whenever reasonably appropriate and in accordance with Rule 26(e).

## IV. OTHER ITEMS

**1. Scheduling Conference with the Court**

Pursuant to the Court's January 14, 2016 Order, the parties will participate in a telephonic scheduling conference with the Court on **Monday, March 14, 2016, at 10:15 A.M.**

**2. Pretrial Conference**

The parties agree that a pretrial conference will be appropriate and that it should be set at the discretion of the Court.

**3. Deadlines for Joining Additional Parties and Amending the Pleadings**

Plaintiff will join additional parties or amend her pleadings **no later than Friday, July 1, 2016**. Defendants will join additional parties or amend their pleadings **no later than Monday, August 1, 2016**.

**4. Deadline for Dispositive Motions**

The parties will file all potentially dispositive motions **no later than Tuesday, January 17, 2017**.

**5. Deadlines for Pretrial Disclosures**

The parties propose that the deadlines for pretrial disclosures under Rule 26(a)(3), including witness and exhibit lists, designation of witnesses whose testimony will be presented by deposition, and objections thereto, be set by the Court according to its standard pretrial order and pretrial calendar.

**6. Anticipated Readiness for Trial and Trial Duration**

The parties anticipate that this case will be ready for trial in April 2017, and at this time, trial is expected to last one (1) week.

**7. Referral to Magistrate Judge**

At this time, the parties do not consent to the referral of this matter to the Magistrate Judge for all further proceedings, including trial. The parties also do not consent to having the Magistrate Judge rule on motions ordinarily considered by the District Judge, such as motion seeking dismissal, summary judgment, or remand.

Respectfully submitted,

*/s/Aubrey Williams w/permission*
Aubrey Williams
Aubreyw8243@bellsouth.net
Williams & Associates
Suite 1228 Starks Building
455 Fourth Avenue
Louisville, KY 40202
502.581.1088

*Counsel for Plaintiff*

*/s/C. Tyson Gorman*
C. Tyson Gorman
tgorman@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502.589.5235

*Counsel for Defendants Jefferson County Board of Education, Jeff Jennings, and Jason Stinson*

*/s/Peter F. Ervin w/permission*
Peter F. Ervin
Assistant Jefferson County Attorney
Peter.Ervin@louisvilleky.gov
Office of Mike O'Connell
Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
502.574.6621

*Counsel for Defendants Louisville-Jefferson County Metro Government and Sean Jones*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Aubrey Williams
Aubreyw8243@bellsouth.net
Williams & Associates
Suite 1228 Starks Building
455 Fourth Avenue
Louisville, KY 40202
502.581.1088

*Counsel for Plaintiff*

Peter F. Ervin
Assistant Jefferson County Attorney
Peter.Ervin@louisvilleky.gov
Office of Mike O'Connell
Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
502.574.6621

*Counsel for Defendants Louisville-Jefferson County Metro Government and Sean Jones*

*/s/C. Tyson Gorman*
C. Tyson Gorman

*Counsel for Defendants Jefferson County Board of Education, Jeff Jennings, and Jason Stinson*

61454209.1