UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

***Electronically Filed***

| | | |
|---|---|---|
| GWENEVER BOYD, Mother and Next Friend of B.B., a Minor<br><br>PLAINTIFF<br><br>v.<br><br>JEFFERSON COUNTY PUBLIC SCHOOLS a/k/a JEFFERSON COUNTY BOARD OF EDUCATION, ET AL.<br><br>DEFENDANTS | ) | CIVIL ACTION NO. 3:16-CV-00023-CRS |

**RULE 16 SCHEDULING CONFERENCE STATEMENT**

Pursuant to the Court's January 14, 2016 Order, Defendants Jefferson County Board of Education ("JCBE"), Jeff Jennings, and Jason Stinson, by counsel, hereby submit the following Rule 16 Scheduling Conference Statement:

1. Plaintiff Gwenever Boyd brought this action on behalf of her child, B.B., based on an incident that occurred at Pleasure Ridge Park High School ("PRP"). On or about January 27, 2015, Defendant Sean Jones, a School Resource Officer ("SRO"), arrested B.B. after she attempted to, in her words, "confront" another female student. Plaintiff claims that Defendants deprived B.B. of her right to be free from unreasonable search and seizure and her due process and equal protection rights under color of state law. Plaintiff also asserts state law claims for assault, false arrest and imprisonment, and malicious prosecution. Defendants JCBE, Jennings, and Stinson, the latter two being assistant principals at PRP, deny liability as to all claims. They did not participate and had no authority to intervene in the decision of SRO Jones to place B.B. under arrest. JCBE, Jennings, and Stinson had no control over SRO Jones. SRO Jones is a

police officer and employee of Defendant Louisville-Jefferson County Metro Government. Any action taken by JCBE, Jennings, and Stinson occurred only after appropriate investigation and a finding of the requisite reasonable suspicion and/or probable cause. Additionally, JCBE, Jennings, and Stinson assert that their conduct is protected by sovereign or governmental immunity, qualified immunity, and statutory immunity. They will ask the Court to enter summary judgment in their favor on Plaintiff's claims.

2. JCBE, Jennings, and Stinson consider this case to be relatively straightforward and appropriate for summary dismissal. On February 4, 2016, the parties filed a Report of Planning Meeting and Joint Proposed Scheduling Order, including a discovery plan pursuant to Rule 26(f) [DN 9]. This discovery plan will facilitate, as much as reasonably possible, a just, speedy, and inexpensive disposition of this matter.

3. The parties have agreed to serve Rule 26(a)(1) initial disclosures no later than Friday, March 18, 2016. [Report of Planning Meeting and Jt. Proposed Scheduling Order, DN 9, at 2.]

4. JCBE, Jennings, and Stinson agree, if applicable, to use admissions of fact and stipulations and agree to attempt to avoid the discovery and admission of cumulative evidence.

5. JCBE, Jennings, and Stinson do not foresee any potentially difficult or complex issues in this case and, therefore, do not anticipate the need to adopt special procedures.

6. A review of the parties' pleadings indicates that the main issues in this matter are (1) what elements of the investigation and arrest of B.B. can be attributed to each Defendant, (2) whether the requisite reasonable suspicion and/or probable cause existed for the investigation and arrest of B.B., and (3) whether immunity defenses shield Defendants from suit in this matter.

7. To date, JCBE, Jennings, and Stinson have not engaged in settlement discussion with Plaintiff. JCBE, Jennings, and Stinson deny the merit of Plaintiff's claim. Accordingly, it is uncertain if this matter can be settled. After completing initial discovery, however, JCBE, Jennings, and Stinson will attend a settlement conference with the Magistrate Judge in good faith, if the Court sets a settlement conference.

Respectfully submitted,

*/s/ C. Tyson Gorman*

C. Tyson Gorman
tgorman@wyattfirm.com
Sean G. Williamson
swilliamson@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502.589.5235

*Counsel for Defendants Jefferson County Board of Education, Jeff Jennings, and Jason Stinson*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Aubrey Williams
Aubreyw8243@bellsouth.net
Williams & Associates
Suite 1228 Starks Building
455 Fourth Avenue
Louisville, KY 40202
502.581.1088

*Counsel for Plaintiff*

Peter F. Ervin
Assistant Jefferson County Attorney
Peter.Ervin@louisvilleky.gov
Office of Mike O'Connell
Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
502.574.6621

*Counsel for Defendants Louisville-Jefferson County Metro Government and Sean Jones*

*/s/ C. Tyson Gorman*
C. Tyson Gorman

*Counsel for Defendants Jefferson County Board of Education, Jeff Jennings, and Jason Stinson*

61473441.2