UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| GWENEVER BOYD, Mother and | ) | |
| Next Friend of B.B., a Minor | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:16-CV-00023-CRS |
| | ) | |
| | ) | |
| JEFFERSON COUNTY PUBLIC | ) | |
| SCHOOLS a/k/a JEFFERSON COUNTY | ) | |
| BOARD OF EDUCATION, ET AL. | ) | |
| DEFENDANTS | ) | |

**RULE 16 SCHEDULING CONFERENCE STATEMENT**

Pursuant to the Court's January 14, 2016 Order, Defendants Off. Sean Jones and Louisville and Jefferson County Metro Government ("Metro"), by counsel, hereby submit the following Rule 16 Scheduling Conference Statement:

I. Plaintiff Gwenever Boyd brought this action on behalf of her child, B.B., based on an incident that occurred at Pleasure Ridge Park High School ("PRP"). On or about January 27, 2015, Defendant Sean Jones, a School Resource Officer ("SRO"), arrested B.B. after she attempted to, in her words, "confront" another female student. Plaintiff claims that Defendants deprived B.B. of her right to be free from unreasonable search and seizure and her due process and equal protection

rights under color of state law. Plaintiff also asserts state law claims for assault, false arrest and imprisonment, and malicious prosecution. Defendants Jones and Metro, deny liability as to all claims. Jones acted in good faith and only after appropriate investigation and a finding of the requisite reasonable suspicion and/or probable cause. Additionally, Jones and Metro assert that their conduct is protected by sovereign or governmental immunity, qualified immunity, and statutory immunity. They will ask the Court to enter summary judgment in their favor on Plaintiffs claims.

2. Jones and Metro consider this case to be relatively straightforward and appropriate for summary dismissal. On February 4, 2016, the parties filed a Report of Planning Meeting and Joint Proposed Scheduling Order, including a discovery plan pursuant to Rule 26(f) [DN 9]. This discovery plan will facilitate, as much as reasonably possible, a just, speedy, and inexpensive disposition of this matter.

3. The parties have agreed to serve Rule 26(a)(l) initial disclosures no later than Friday, March 18, 2016. [Report of Planning Meeting and Jt. Proposed Scheduling Order, DN 9, at 2.

4. Jones and Metro agree, if applicable, to use admissions of fact and stipulations and agree to attempt to avoid the discovery and admission of cumulative evidence.

5. Jones and Metro do not foresee any potentially difficult or complex issues in this case and, therefore, do not anticipate the need to adopt special procedures.

6. A review of the parties' pleadings indicates that the main issues in this matter are (1) what elements of the investigation and arrest of B.B. can be attributed to each Defendant, (2) whether the requisite reasonable suspicion and/or probable cause existed for the investigation and arrest of B.B., and (3) whether immunity defenses shield Defendants from suit in this matter.

7. To date, Jones and Metro have not engaged in settlement discussion with Plaintiff. Jones and Metro deny the merit of Plaintiffs claim. Accordingly, it is uncertain if this matter can be settled. After completing initial discovery, however, Jones and Metro will attend a settlement conference with the Magistrate Judge in good faith, if the Court sets a settlement conference.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

*/s/ Peter F. Ervin*
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Fiscal Court Building
Louisville, KY 40202
peter.ervin@louisvilleky.gov
(502) 574-6621

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 7th day of March, 2015, I electronically filed the foregoing with Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Aubrey Williams, Esq.
Williams & Associates
Suite 1228, Starks Building
455 Fourth Avenue
Louisville, KY 40202
*Aubreyw8243@bellsouth.net*

C. Tyson Gorman, Esq.
Sean Williamson, Esq.
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
Suite 2800
Louisville KY 40202-2898
*tgorman@wyattfirm.com*

*/s/ Peter F. Ervin*