UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

***Electronically Filed***

| | |
|---|---|
| GWENEVER BOYD, Mother and Next Friend of B.B., a Minor<br><br>PLAINTIFF<br><br>v.<br><br>JEFFERSON COUNTY PUBLIC SCHOOLS a/k/a JEFFERSON COUNTY BOARD OF EDUCATION, ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO. 3:16-CV-00023-CRS |

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

Defendant Jefferson County Board of Education ("JCBE"), Jeff Jennings, and Jason Stinson (collectively, "Defendants"), by counsel, hereby submit the following Rule 26(a)(1) Initial Disclosures:

**I. Individuals Likely to Have Discoverable Information**

1. B.B. is likely to have discoverable information concerning the claims and defenses in this action.

2. Defendant Jeff Jennings is an assistant principal at Pleasure Ridge Park High School ("PRP") and is likely to have discoverable information regarding the incidents which proceeded B.B.'s arrest by Defendant Sean Jones. He may be contacted only through the undersigned counsel.

3. Defendant Jason Stinson is an assistant principal at PRP and is likely to have discoverable information regarding the incidents which proceeded B.B.'s arrest by Defendant Sean Jones. He may be contacted only through the undersigned counsel.

4. Defendant Sean Jones is a police officer employed by Defendant Louisville-Jefferson County Metro Government and is likely to have discoverable information regarding the investigation of the incident for which B.B. was arrested and the circumstances surrounding that arrest.

5. S.A.R.[1] was a PRP student at the time of the incident discussed in the Complaint and the target of B.B.'s threats. S.A.R. reported those threats to the PRP administration.

6. R.H. was a PRP student at the time of the incident discussed in the Complaint and provided a statement concerning B.B.'s intentions and conduct to the PRP administration.

7. B.D. was a PRP student at the time of the incident discussed in the Complaint and provided a statement concerning B.B.'s intentions and conduct to the PRP administration.

8. J.G. was a PRP student at the time of the incident discussed in the Complaint and provided a statement concerning B.B.'s intentions and conduct to the PRP administration.

9. B.Y. was a PRP student at the time of the incident discussed in the Complaint and provided a statement concerning B.B.'s intentions and conduct to the PRP administration.

10. S.J.R. was a PRP student at the time of the incident discussed in the Complaint and provided a statement concerning B.B.'s intentions and conduct to the PRP administration.

11. D.A. was a PRP student at the time of the incident discussed in the Complaint and provided a statement concerning B.B.'s intentions and conduct to the PRP administration.

12. D.H. was a PRP student at the time of the incident discussed in the Complaint and provided a statement concerning B.B.'s intentions and conduct to the PRP administration.

13. M.M. was a PRP student at the time of the incident discussed in the Complaint and provided a statement concerning B.B.'s intentions and conduct to the PRP administration.

[1] The names of minors have been abbreviated to protect their identities.

## II. Documents[2]

1. Agreement between JCBE and Louisville Metro Police Department regarding School Resource Officers

2. Written statements provided by students during the investigation of the incident for which B.B. was arrested

3. Student Schedules of B.B. and S.A.R. for the 2014–2015 school year

4. PRP Floor Plan

5. PRP security video from January 27, 2015

6. Suspension notice and information form, documenting suspension of B.B.

7. Behavior Detail Report, documenting disciplinary history of B.B.

8. Uniform Citation dated January 27, 2015, documenting arrest of B.B. by Defendant Sean Jones

9. Juvenile court documents attached as exhibits to Complaint

## III. Computation of Damages

Defendants presently are not asserting a claim for damages in any amount against any party to this action.

## IV. Insurance

JCBE maintains an insurance policy that may satisfy part or all of a judgment entered in this action or to indemnify or reimburse for payments made in satisfaction of a judgment (although this matter does not appear to involve amounts above JCBE's self-insured retention).

---

[2] The documents produced as a part of these initial disclosures have been redacted in accordance with the requirements of the Family Educational Rights and Privacy Act of 1974 ("FERPA"), 20 U.S.C. § 1232g. The referenced video will not be produced until an order of this Court, pursuant to FERPA, authorizes its release.

A copy of the declaration page of the pertinent insurance policy will be provided to counsel for the other parties upon request.

Defendants reserve the right to supplement their Rule 26(a)(1) Initial Disclosures as discovery continues and this matter progresses.

Respectfully submitted,

*/s/C. Tyson Gorman*
C. Tyson Gorman
tgorman@wyattfirm.com
Sean G. Williamson
swilliamson@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502.589.5235

*Counsel for Defendants Jefferson County Board of Education, Jeff Jennings, and Jason Stinson*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Aubrey Williams
Aubreyw8243@bellsouth.net
Williams & Associates
Suite 1228 Starks Building
455 Fourth Avenue
Louisville, KY 40202
502.581.1088

*Counsel for Plaintiff*

Peter F. Ervin
Assistant Jefferson County Attorney
Peter.Ervin@louisvilleky.gov
Office of Mike O'Connell
Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
502.574.6621

*Counsel for Defendants Louisville-Jefferson County Metro Government and Sean Jones*

*/s/C. Tyson Gorman*
C. Tyson Gorman

*Counsel for Defendants Jefferson County Board of Education, Jeff Jennings, and Jason Stinson*

61473926.1