UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| GWENEVER BOYD, Mother and Next Friend of B.B., a Minor<br>PLAINTIFF | ) | |
| v. | ) | CIVIL ACTION NO. 3:16-CV-00023-CRS |
| JEFFERSON COUNTY PUBLIC SCHOOLS a/k/a JEFFERSON COUNTY BOARD OF EDUCATION, ET AL.<br>DEFENDANTS | ) | |

**DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES**

Defendants, Off. Sean Jones and Louisville and Jefferson County Metro Government ("Metro"), by counsel, hereby submit the following Rule 26(a) (1) Initial Disclosures:

**I. Individuals Likely to Have Discoverable Information**

1. Each of the individual Parties to this action are likely to have information concerning the claims and defenses raised by the pleadings to this action.

2. S.A.R.[1] was a student at Pleasure Ridge Park High School ("PRP") and the subject of the aggressive conduct of the plaintiff, B.B., at the time of the incident complained of in B.B.'s Complaint. S.A.R. reported B.B.'s threats to PRP administration.

---

[1] The names of minors have been abbreviated in compliance with Rule 5.2 of the FRCP.

3. The following persons were PRP students at the time of the incident complained of in the Complaint and provided a statement concerning B.B.'s threats and aggressive conduct to the PRP administration, they include: R.H., B.D., J.G., B.Y., S.J.R., D.A., D.H., and M.M.

**II. Documents**

1. Written statements provided by the student witnesses identified above.
2. Student schedule for B.B.
3. PRP floor plan diagrams.
4. Uniform Citation dated January 27, 2015, documenting the arrest of B.B.
5. Personal Summary Report of B.B. and each student witness identified above.
6. Notice of Suspension of B.B. dated January 27, 2015.
7. Juvenile Court documents attached to the Complaint.

**III. Computation of Damages**

Neither Jones nor Metro is asserting a claim for damages in this action.

**IV. Insurance**

Metro is self-insured and obliged to indemnify Jones in accordance with KRS 65.2005.

Jones and Metro reserve the right to supplement their Rule 26(a) (1) Initial Disclosures as provided in the Rule.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

*/s/ Peter F. Ervin*
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Fiscal Court Building
Louisville, KY 40202
peter.ervin@louisvilleky.gov
(502) 574-6621

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of March, 2015, I electronically filed the foregoing with Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Aubrey Williams, Esq.
Williams & Associates
Suite 1228, Starks Building
455 Fourth Avenue
Louisville, KY 40202
*Aubreyw8243@bellsouth.net*

C. Tyson Gorman, Esq.
Sean Williamson, Esq.
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
Suite 2800
Louisville KY 40202-2898
*tgorman@wyattfirm.com*

*/s/ Peter F. Ervin*